1 | Amy Schofield Lemyre (244543)
amy.schofield@kirkland.com
2 | Sarah E. Piepmeier (227094)
sarah.piepmeier@kirkland.com
3 | KIRKLAND & ELLIS LLP
555 California Street
4 | San Francisco, California 94104
Telephone: (415) 439-1400
5 | Facsimile: (415) 439-1500

RECEIVED
2011 SEP 26 P 3: 23

6 | *Attorneys for Plaintiffs*
*ACCENTURE GLOBAL SERVICES LTD. and*
7 | *ACCENTURE LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCENTURE GLOBAL SERVICES LTD. and ACCENTURE LLP, <br><br> Plaintiffs, <br><br> vs. <br><br> GUIDEWIRE SOFTWARE, INC., <br><br> Defendant. | CASE NO. C 11-03563 JSW <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br> Judge: Jeffrey S. White |

Jamie H. McDole, whose business address and telephone number is Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Accenture Global Services Ltd. and Accenture LLP.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General order No. 45, *Electronic Case Filing*.

Dated:   9/27/2011



IT IS SO ORDERED

Judge Jeffrey S. White

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. C 11-03563 JSW