1  Amy Schofield Lemyre (SBN 244543)
   Sarah E. Piepmeier (SBN 227094)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, California 94104
   Telephone:    (415) 439-1400
4  Facsimile:    (415) 439-1500
   Email:        amy.schofield@kirkland.com
5  Email:        sarah.piepmeier@kirkland.com

   *Attorneys for Plaintiffs*
6  *ACCENTURE GLOBAL SERVICES LTD. and*
   *ACCENTURE LLP*

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | ACCENTURE GLOBAL SERVICES LTD. and ACCENTURE LLP, | Case No. 3:11-CV-03563-JSW |
13 | *Plaintiffs*, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
14 | vs. | Judge: Honorable Jeffrey S. White |
15 | GUIDEWIRE SOFTWARE, INC., | |
16 | *Defendant*. | |
17 | GUIDEWIRE SOFTWARE, INC., | |
18 | *Defendant-Counterclaim Plaintiff* | |
19 | vs. | |
20 | ACCENTURE GLOBAL SERVICES LTD. and ACCENTURE LLP, | |
21 | *Plaintiffs-Counterclaim Defendants* | |

22

23

24

25

26

27

Plaintiffs and Counterdefendants Accenture Global Services Ltd. and Accenture LLP (collectively "Accenture") and Defendant and Counterclaimant Guidewire Software, Inc. ("Guidewire") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the Parties' Settlement Agreement, hereby stipulate and agree that:

1. All claims and counterclaims asserted in this action be dismissed with prejudice.

2. Each Party shall bear its own costs and attorneys' fees incurred in this matter.

Dated: October 24, 2011                By: __/s/ Sarah E. Piepmeier_____

Amy Schofield Lemyre (SBN 244543)
Sarah E. Piepmeier (SBN 227094)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email:         amy.schofield@kirkland.com
Email:         sarah.piepmeier@kirkland.com

*Attorneys for Plaintiffs ACCENTURE GLOBAL SERVICES LTD. and ACCENTURE LLP*

Dated: October 24, 2011                By: __/s/ Clement S. Roberts_____

Daralyn J. Durie (SBN 169825)
Clement S. Roberts (SBN 209203)
Joseph C. Gratz (SBN 240676)
Jesse Geraci (SBN 259755)
**DURIE TANGRI LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300
Email:  ddurie@durietangri.com
Email:  croberts@durietangri.com
Email:  jgratz@durietangri.com
Email:  jgeraci@durietangri.com

*Attorneys for Defendant GUIDEWIRE SOFTWARE, INC.*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON.         1         CASE NO. 3:11-cv-03563-JSW

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

Dated: October 25, 2011        By: _____/s/ Jeffrey S. White_____

3                                    The Honorable Jeffrey S. White
                                     United States District Judge

| | |
|---|---|
| 26 | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON.   2   CASE NO. 3:11-cv-03563-JSW |